IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PHILIP LEIGH,

         Appellant,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS, and
DR. GONZALO AGUILAR,
JACKSONVILLE MEMORIAL
HOSPITAL, INDIVIDUALLY
AND OFFICIALLY,

         Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3060

Opinion filed February 25, 2015.

An appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

Philip Leigh, pro se, Appellant.

Jennifer Parker, General Counsel, Florida Department of Corrections, Tallahassee;
Pamela Jo Bondi, Attorney General, Antony D. Constantini, Assistant Attorney
General, Tort Litigation Bureau, Tallahassee, for Appellee Florida Department of
Corrections.

Shylie A. Bannon of Wicker, Smith, O'Hara, McCoy & Ford, P.A., Jacksonville,
for Appellee Gonzalo Aguilar, M.D., Jacksonville Memorial Hospital, individually
and officially.

PER CURIAM.

AFFIRMED.

LEWIS, C.J., BENTON and THOMAS, JJ., CONCUR.